**KIM J. TROUT, ISB #2468**
**ALYSSA JONES, ISB #12181**
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
service@trout-law.com

Attorneys for Defendant.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RILEY YATES, an individual,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>INSURE RIGHT INSURANCE AGENCY, LLC, a Utah limited liability company,<br><br>Defendant/Counterclaimant. | FEDERAL COURT CASE NO: 4:24-CV-00095-DCN<br><br>MOTION FOR AWARD OF FEES AND COSTS |

COMES NOW, Defendant/Counterclaimant Insure Right Insurance Agency, LLC ("Insure Right") by and through its counsel of record, Trout & Jones, PLLC (f/k/a Trout Law, PLLC), and hereby requests the Court enter an order pursuant to FRCP 54(d), Idaho Code § 12-120(3), Idaho Code § 12-121, and Utah Code § 78B-5-826, awarding Insure Right the fees and costs incurred as a result of this litigation.  The total fees requested is $36,285.50 and the total costs requested is $3159.62.

This motion is supported by the memorandum in support contemporaneously filed herewith, along with the Declarations of Kim J. Trout and Alyssa R. Jones.

DATED October 13, 2025.

TROUT & JONES, PLLC

_/s/ Alyssa R. Jones_
Alyssa R. Jones
Attorney for Insure Right Insurance Agency,
LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2025, a true and correct copy of the above and foregoing document was forwarded addressed as follows in the manner stated below:

Patrick J. Davis
        pdavis@beardstclair.com

_/s/ Alyssa R. Jones_
Alyssa R. Jones
Attorney for Insure Right Insurance Agency,
LLC