**KIM J. TROUT, ISB #2468**
**ALYSSA JONES, ISB #12181**
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
service@trout-law.com

Attorneys for Defendant.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RILEY YATES, an individual,<br><br>        Plaintiff/Counterdefendant,<br><br>vs.<br><br>INSURE RIGHT INSURANCE AGENCY, LLC,<br>a Utah limited liability company,<br><br>        Defendant/Counterclaimant. | FEDERAL COURT CASE NO:<br>4:24-CV-00095-DCN<br><br>DECLARATION OF KIM J. TROUT IN SUPPORT OF MOTION FOR AWARD OF FEES AND COSTS |

Kim J. Trout, having been first duly sworn upon oath, deposes and says as follows:

1. I am over the age of eighteen (18) years old, have personal knowledge of the matters stated herein, and am competent to testify to the contents of this Declaration and make this Declaration pursuant to I.C. §9-1406. I am currently one of the counselors for the Defendant Insure Right Insurance Agency, LLC. The facts and statements set forth in this Declaration are true and correct to the best of my knowledge and belief.

2. I have practiced law in the Pacific Northwest for forty-five years, focusing on commercial litigation, construction litigation, business disputes, and complex civil litigation in the State of Idaho. From 1992 to present, I have practiced in the Treasure Valley, with litigation in both Federal District and State Court actions.  Given my practice statewide, as well as the Federal Courts, I am

familiar with the hourly rates typically charged for general civil, commercial, and complex litigation in this region.

3. Based upon my years of experience and with my knowledge as to rates charged in the State of Idaho by competent, skilled, trial attorneys, I agree with and confirm that the hourly rates and time spent on this matter were reasonable and necessary to defend against Plaintiff's claims, as were the costs incurred.

4. In or about February of 2024, I was retained by Insure Right Insurance Agency, LLC ("Insure Right") to represent Insure Right in this litigation under a fee agreement. Insure Right was represented by myself, Ms. Jones who has been practicing for two years, and Steven Schossberger who practiced for a little over 20 years. Alyssa Jones primarily represented Insure Right from August 2024 through conclusion and successfully argued the summary judgment. The attorneys were assisted by Kevin Kluckhohn who extensively worked on the matter and has been in the legal industry for 17 years, as a Paralegal. The hourly rate for other attorneys and paralegals that assisted on the case depended on experience. Since the inception of this matter, I billed Insure Right $350 per hour. Alyssa Jones billed at the hourly rate of $275 per hour, and my Paralegal, Kevin Kluckhohn billed at the rate of $185 per hour. These rates are reasonable and appropriate for practitioners working in the Idaho State Bar.

5. I have reviewed the time records for myself and my firm in relation to this matter which are attached hereto as **Exhibit 1**. The records contain time sheets that document our firm's billable hours for work dedicated to this case. The billing detail is based on hourly information that was logged by members of my firm. Together, with the service provided, the billing records indicate and shows the time spent, the work performed, and the rate charged.

6. Our firm also retained Idaho Legal Research Consulting and Services, LLC, which is owned and operated by Teressa Zywicki, who received her J.D. from the University of Idaho, College of

**DECLARATION OF KIM J. TROUT IN SUPPORT OF MOTION FOR AWARD OF FEES AND COSTS | Page 2**

Law in 1987. Ms. Zywicki then worked for Thomson Reuters as a Research Specialist for 23 years, until she opened Idaho Legal Research, where she performs computer legal research. Ms. Zywicki's research and assistance was necessary, and her hourly rate was less than $150.00 per hour, which is very reasonable for the quality of research Ms. Zywicki performs. Ms. Zywicki's long-time experience with Thomson Reuters makes her research much more efficient. Ms. Zywicki should be treated as a paralegal given her training and experience and the valuable research she provided in this matter.

7. Pursuant to *Yellowstone Poky, LLC v. First Pocatello Assocs., L.P.*, No. 4:16-CV-00316, 2020 WL 5790385, at *3 (D. Idaho Sept. 28, 2020), when determining the amount of attorney fees to be awarded under Idaho Code § 12-120(3), federal courts sitting in diversity consider the reasonableness factors set forth in Idaho R. Civ. P. 54(e)(3). The following is my analysis of the IRCP Rule 54 factors:

   a. The time and labor required: This matter has been pending for nearly two years, and the attorneys involved have spent 122 hours on this matter. While there are limited docket entries (only 24), following the close of discovery, Insure Right moved for summary judgment as to all six counts, which was granted.

   b. The novelty and difficulty of the questions: This case involved six claims across the spectrum from labor law (both Federal and State) to torts. The Plaintiff alleged that the Idaho Wage Act and the FLSA protected Plaintiff as an employee, even though he admitted he was an independent contractor. The Plaintiff further alleged false statements tortiously interfered with his business and that the statements arose to the level of defamation and false light. These were quite serious allegations, and although they lacked a factual basis, required extensive research and argument for the granting of summary judgment in Insure Right's favor.

    c. The skill requisite to perform the legal service properly and the experience and ability of the attorney in the particular field of law: The skill necessary to perform the legal services is standard within the state of Idaho Bar Association. However, the experience and ability of the attorneys in the field are extensive. Insure Right was represented by Mr. Trout who has been practicing for over 45 years, Ms. Jones who has been practicing for two years, and Steven Schossberger who practiced for a little over 20 years. Alyssa Jones primarily represented Insure Right from August 2024 through conclusion and successfully argued the summary judgment. The attorneys were assisted by Kevin Kluckhohn who extensively worked on the matter and has been in the legal industry as a Paralegal for 17 years.

    d. The prevailing charges for like work: Each of the attorneys charged an hourly rate that was reasonable for their work. Several cases, in the Idaho Federal Court, have found that an hourly rate of $380 per hour "was reasonable for the lead attorney with over 20 years of experience specifically focused on intellectual property litigation." *Composite Res., Inc. v. Rood*, No. 2:21-CV-00500-BLW, 2023 WL 2354831, at *4 (D. Idaho Mar. 3, 2023). This Court has previously held that the rates charged by counsel in this matter is reasonable. Dkt. 23, p. 17. Here, Kim Trout and Steven Schossberger billed at the hourly rate of $350 per hour, while Alyssa Jones billed at the rate of $275 per hour. The firm's paralegal, Kevin Kluckhohn, billed at the rate of $175 and $185 per hour.

    e. Whether the fee is fixed or contingent: Insure Right was billed hourly for the attorneys and paralegals that worked on its case and the actual costs expended.

    f. The time limitations imposed by the client or the circumstances of the case: There were no particularly strict time limitations imposed by the client.

    g. The amount involved and the results obtained: The Plaintiff was awarded $0 and judgment was entered in Insure Right's favor, who was also granted sanctions in the amount of $550.

    h. The undesirability of the case: This case was not particularly undesirable. The Court should find that this factor does not weigh against granting the motion.

    i. The nature and length of the professional relationship with the client: This is the first case on which Insure Right was represented by the firm. The Court should find that this factor does not weigh against the Moving Defendants.

    j. Awards in similar cases: Insure Right is unaware of awards in similar matters.

    k. The reasonable cost of automated legal research (computer assisted legal research), if the court finds it was reasonably necessary in preparing a party's case: Insure Right was not charged for the attorney-assisted legal research.

    l. Any other factor which the court deems appropriate in the particular case: Insure Right diligently defended this case to a successful conclusion.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF IDAHO THAT THE FOREGOING IS TRUE AND CORRECT.

DATED October 13, 2025.

                TROUT & JONES, PLLC

                      /s/ *Kim J. Trout*
                  Kim J. Trout
                  Attorney for Insure Right Insurance Agency, LLC

**DECLARATION OF KIM J. TROUT IN SUPPORT OF MOTION FOR AWARD OF FEES AND COSTS | Page 5**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2025, a true and correct copy of the above and foregoing document was forwarded addressed as follows in the manner stated below:

Patrick J. Davis
  pdavis@beardstclair.com

          */s/ Alyssa R. Jones*
          Alyssa R. Jones
          Attorney for Insure Right Insurance Agency, LLC

# EXHIBIT 1

# EXHIBIT 1

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 8/12/24 | 1.2 | A104 Review/analyze L210 Pleadings Review pleadings of case from state court through to federal; review discovery rules/discovery research | 275 | 330 | Alyssa Jones |
| 8/14/24 | 0.5 | A103 Draft/revise L140 Document/File Management Begin review of discovery - match it to complaint | 275 | 137.5 | Alyssa Jones |
| 8/15/24 | 1.2 | A103 Draft/revise L140 Document/File Management Finalize discovery - match to their claim and our counterclaim | 275 | 330 | Alyssa Jones |
| 10/10/24 | 0.1 | A103 Draft/revise L140 Document/File Management NOA | 275 | 27.5 | Alyssa Jones |
| 10/11/24 | 0.2 | A101 Plan and prepare for L130 Experts/Consultants Discovery back; review scheduling order; need to get mediation scheduled | 275 | 55 | Alyssa Jones |
| 11/5/24 | 0.3 | A105 Communicate (in firm) L120 Analysis/Strategy Discussion with Kevin re: mediation; ensure NOA is filed | 275 | 82.5 | Alyssa Jones |
| 11/20/24 | 0.4 | A103 Draft/revise L110 Fact Investigation/Development Review mediation statement; emails | 275 | 110 | Alyssa Jones |
| 11/25/24 | 5.4 | A101 Plan and prepare for L120 Analysis/Strategy Mediation prep; meet with client and Kevin to prepare; attend mediation (no agreement reached - attorney is looking to get paid and opposing wants a payout; they weren't ready to mediate; time for motion practice) | 275 | 1485 | Alyssa Jones |
| 11/27/24 | 0.3 | A105 Communicate (in firm) L120 Analysis/Strategy discussion on discovery | 275 | 82.5 | Alyssa Jones |
| 12/12/24 | 1 | A104 Review/analyze L140 Document/File Management Start digging into SJ; create claims chart | 275 | 275 | Alyssa Jones |
| 12/18/24 | 4.7 | A103 Draft/revise L140 Document/File Management Research; outline; start draft of memo for SJ motion; phone call with Teressa on research | 275 | 1292.5 | Alyssa Jones |
| 12/19/24 | 2.9 | A103 Draft/revise L140 Document/File Management Continue research/drafting of SJ memo | 275 | 797.5 | Alyssa Jones |
| 12/20/24 | 1.3 | A103 Draft/revise L140 Document/File Management research; SJ | 275 | 357.5 | Alyssa Jones |

| Date | Hours | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|
| 12/24/24 | 2 | A103 Draft/revise L140 Document/File Management summary judgment memo - continue research and legal analysis | 275 | 550 | Alyssa Jones |
| 12/26/24 | 1.6 | A103 Draft/revise L140 Document/File Management SN memo and research | 275 | 440 | Alyssa Jones |
| 12/30/24 | 2.3 | A103 Draft/revise L140 Document/File Management Finish research and legal analysis of SJ memo | 275 | 632.5 | Alyssa Jones |
| 1/7/25 | 1 | A103 Draft/revise L140 Document/File Management SJ memo, motion, decs | 275 | 275 | Alyssa Jones |
| 1/10/25 | 0.3 | A104 Review/analyze L140 Document/File Management Review SJ; good to file | 275 | 82.5 | Alyssa Jones |
| 1/29/25 | 0.2 | A106 Communicate (with client) L120 Analysis/Strategy Phone call with client on next steps | 275 | 55 | Alyssa Jones |
| 2/13/25 | 1.4 | A103 Draft/revise L120 Analysis/Strategy Review of case as it sits; need to revise initial disclosures; need to reach out to client to determine which route he wants to take; research; review clerk's email; call with Kevin; assist on drafting response to clerk - analysis and strategy moving forward with timing issue | 275 | 385 | Alyssa Jones |
| 3/10/25 | 2.7 | A104 Review/analyze L140 Document/File Management Review response to SJ; meet with Kevin to discuss and outline issues for response | 275 | 742.5 | Alyssa Jones |
| 3/11/25 | 3.2 | A103 Draft/revise L140 Document/File Management reply for MSJ | 275 | 880 | Alyssa Jones |
| 3/12/25 | 0.7 | A103 Draft/revise L140 Document/File Management Revisions to reply - SJ | 275 | 192.5 | Alyssa Jones |
| 7/14/25 | 2.7 | A101 Plan and prepare for L450 Trial and Hearing Attendance SJ prep | 275 | 742.5 | Alyssa Jones |
| 7/15/25 | 0.5 | A101 Plan and prepare for L450 Trial and Hearing Attendance continue SJ prep | 275 | 137.5 | Alyssa Jones |
| 7/16/25 | 1.8 | A101 Plan and prepare for L450 Trial and Hearing Attendance Finish argument outline for SJ and prep | 275 | 495 | Alyssa Jones |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 7/17/25 | 4 | A111 Other L450 Trial and Hearing Attendance Drive to Pocatello for SJ hearing | 275 | 1100 | Alyssa Jones |
| 7/18/25 | 4 | A109 Appear for/attend L450 Trial and Hearing Attendance Travel home from hearing that didn't happen all the way from Pocatello. And traffic was awful… | 275 | 1100 | Alyssa Jones |
| 7/21/25 | 0.4 | A106 Communicate (with client) L110 Fact Investigation/Development Phone call with client to update him on what occurred last week, new date of the hearing, and next steps | 275 | 110 | Alyssa Jones |
| 7/31/25 | 2 | A109 Appear for/attend L450 Trial and Hearing Attendance Prepare for and attend SJ hearing | 275 | 550 | Alyssa Jones |