UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RILEY YATES, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>INSURE RIGHT INSURANCE AGENCY, LLC, a Utah limited liability company,<br><br>      Defendant. | Case No. 4:24-cv-00095-DCN<br><br>**AMENDED JUDGMENT** |

In accordance with this Court's Judgment (Dkt. 24), and concurrent Memorandum Decision and Order regarding Fees and Costs (Dkt. 28), NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that:

1. Judgment is entered in favor of Defendant INSURE RIGHT.

2. Attorneys' fees are awarded to INSURE RIGHT in the amount of $13,282.50.

3. Costs are awarded to INSURE RIGHT in the amount of $550.94.

4. This case remains closed.

DATED: June 22, 2026

_____

David C. Nye
U.S. District Court Judge

AMENDED JUDGMENT - 1