**KIM J. TROUT, ISB #2468**
**ALYSSA JONES, ISB #12181**
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
service@trout-law.com

Attorneys for Defendant.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RILEY YATES, an individual, | FEDERAL COURT CASE NO: 4:24-CV-00095-DCN |
| Plaintiff/Counterdefendant, | |
| vs. | MOTION FOR RELIEF FROM JUDGMENT |
| INSURE RIGHT INSURANCE AGENCY, LLC, a Utah limited liability company, | |
| Defendant/Counterclaimant. | |

COMES NOW, Insure Right Insurance Agency, LLC, by and through its counsel of record, Kim J. Trout and Alyssa R. Jones of Trout & Jones, PLLC, and hereby moves the Court for relief from the Judgment entered on June 22, 2026.  This Motion is based upon the memorandum filed concurrently herewith, as well as the Declaration of Kim J. Trout filed concurrently herewith, and Rule 60 of the Federal Rules of Civil Procedure.

DATED July 9, 2026.

TROUT LAW, PLLC


_/s/ Alyssa R. Jones_
Alyssa R. Jones
Attorney for Insure Right Insurance Agency, LLC

**Motion for Relief from Judgment | Page 1**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2026, a true and correct copy of the above and foregoing document was forwarded addressed as follows in the manner stated below:

Patrick J. Davis
      pdavis@beardstclair.com

                                   /s/ *Alyssa R. Jones*
                                   Alyssa R. Jones
                                   Attorney for Insure Right Insurance Agency, LLC