**KIM J. TROUT, ISB #2468**
**ALYSSA JONES, ISB #12181**
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
service@trout-law.com

Attorneys for Defendant.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RILEY YATES, an individual, | FEDERAL COURT CASE NO: 4:24-CV-00095-DCN |
| Plaintiff/Counterdefendant, | |
| vs. | DECLARATION OF KIM J. TROUT |
| INSURE RIGHT INSURANCE AGENCY, LLC, a Utah limited liability company, | |
| Defendant/Counterclaimant. | |

Kim J. Trout, having been first duly sworn upon oath, deposes and says as follows:

1.      I am over the age of eighteen (18) years old, have personal knowledge of the matters stated herein, and am competent to testify to the contents of this Declaration and make this Declaration pursuant to I.C. §9-1406. I am currently one of the counselors for the Defendant Insure Right Insurance Agency, LLC. The facts and statements set forth in this Declaration are true and correct to the best of my knowledge and belief.

2.      When I submitted the Declaration and attachment on October 13, 2025, I reviewed my declaration and the Excel file for time.  During the administrative finalizing of the document, the incorrect exhibit was attached to my declaration.  When I received the Court's June 22, 2026 Memorandum Decision and Order entered as Docket 28, my staff and I immediately looked into my filed declaration

**Declaration of Kim J. Trout | Page 1**

and realized that we had included only an itemization of the time and only billing records of my partner, Alyssa R. Jones.

3.       My failure to include all the billing records was inadvertent and a mistake.  My staff and I investigated why the billing records were not all included, and discovered that it was due to a filter applied to the Microsoft Excel file, which filter was used to verify the billing time of all timekeepers.  I did not identify this mistake until reading the Court's June 22, 2026 Memorandum Decision and Order.

4.       Because of my mistake, inadvertence, or excusable neglect, I am requesting the Court vacate that portion of its June 22, 2026 Memorandum Decision and Order denying attorney fees for myself, Kevin Kluckhohn, Steven Schossberger, and Teressa Zywicki and I further request the Court consider the billing records attached hereto as Exhibit 1.

5.       I understand the Court desires to avoid piecemeal entry of judgments and I have worked with my staff on implementing procedures to ensure all future filings comply with the local rules and the statements made therein.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF IDAHO THAT THE FOREGOING IS TRUE AND CORRECT.

DATED July 9, 2026.

TROUT LAW, PLLC


_/s/ Kim J. Trout_
Kim J. Trout
Attorney for Insure Right Insurance Agency, LLC

**Declaration of Kim J. Trout | Page 2**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2026, a true and correct copy of the above and foregoing document was forwarded addressed as follows in the manner stated below:

Patrick J. Davis
       pdavis@beardstclair.com

_/s/ Alyssa R. Jones_

Alyssa R. Jones
Attorney for Insure Right Insurance Agency, LLC

**Declaration of Kim J. Trout | Page 3**

EXHIBIT 1

EXHIBIT 1

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 1/31/24 | 0.9 | Conference with Seann and Brad re: background of case and material disputes with Yates; | 350 | 315 | Kim Trout |
| 2/1/24 | 1.8 | Legal Research on Removal to Federal Court including pleadings required, filing requirements, and timing; | 350 | 630 | Kim Trout |
| 2/5/24 | 2.6 | Legal Research and review and edit motion and supporting documents for removal; | 350 | 910 | Kim Trout |
| 2/9/24 | 1.3 | agreement re: client contact and non-solicitation; review Bannock County District Court Order for submission of information on case filing and | 350 | 455 | Kim Trout |
| 2/14/24 | 0.5 | Zoom meeting with Shaun McWhorter regarding background information for defense of the Riley Yates lawsuit and plaintiff's counsel's request for | 350 | 175 | Steven Schossberger |
| 2/14/24 | 0.5 | Agreement specific to the provisions of the Producer's book of business post termination and to the anti-piracy non-solicitation clause. | 350 | 175 | Steven Schossberger |
| 2/14/24 | 0.5 | A106 Communicate (with client) L110 Fact Investigation/Development Zoom call with client re: background; Discuss 408 offer | 175 | 87.5 | Kevin Kluckhohn |
| 2/14/24 | 0.2 | A103 Draft/revise L160 Settlement/Non-Binding ADR Revise 408 offer and transmit | 175 | 35 | Kevin Kluckhohn |
| 2/14/24 | 1.5 | Prepare for and meeting with Seann, Steve, and Kevin re: removal, and underlying fact inquiry; | 350 | 525 | Kim Trout |
| 2/14/24 | 1.4 | Review corr. from Brad Weber re: correspondence exchanged with Patrick Davis and Riley Yates Producer Agreement; | 350 | 490 | Kim Trout |
| 2/14/24 | 0.9 | Prepare document for Rule 408 Correspondence to Yates counsel re: potential settlement; | 350 | 315 | Kim Trout |

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 2/15/24 | 1.6 | Legal Research on current rule(s) for Removal Pleadings; | 350 | 560 | Kim Trout |
| 2/16/24 | 0.7 | Review Drafting of Pleadings, including Notice of Removal and exhibits; review corr. to Seann(NC) | 350 | 245 | Kim Trout |
| 2/16/24 | 0.5 | Review corr from Derek Toone; Re: rejection of offer and demand for Answer; | 350 | 175 | Kim Trout |
| 2/17/24 | 2.1 | Prepare draft of Answer and CounterClaim for distribution to Team, and edit for filing; | 350 | 735 | Kim Trout |
| 2/18/24 | 1.5 | Review draft edits from Steve S.; revise Answer and add allegations to Counterclaim; | 350 | 525 | Kim Trout |
| 2/19/24 | 1.6 | A103 Draft/revise L210 Pleadings revise draft answer and counterclaim. | 350 | 560 | Steven Schossberger |
| 2/20/24 | 0.3 | submissions including the notice of removal in federal court, the civil case cover sheet and the notice of notice of removal in state court. | 350 | 105 | Steven Schossberger |
| 2/20/24 | 0.2 | with Brad Weber and Kim Trout regarding Utah law issues specific to the allegations in Yates' complaint and in contemplation of asserting | 350 | 70 | Steven Schossberger |
| 2/20/24 | 1.3 | corr. from Patrick Davis re: notice of intent to take default; draft corr. to Davis re: removal; | 350 | 455 | Kim Trout |
| 2/21/24 | 0.5 | Zoom meeting with Seann McWhorter and Kim Trout gathering information to accurately respond to allegations in the Complaint. | 350 | 175 | Steven Schossberger |
| 2/21/24 | 0.3 | Administration Review the Notice of Assignment to Magistrate Judge and Requirement for Consent sent to counsel for Insure Right Insurance | 350 | 105 | Steven Schossberger |
| 2/21/24 | 1.6 | Prepare for and attend Zoom meeting with Seann, Kevin, and Steve S.; | 350 | 560 | Kim Trout |
| 2/21/24 | 0.5 | Review corr. from Patrick Davis re: Judge Dale's assignment; draft corr. to Davis rejecting Judge Dale; | 350 | 175 | Kim Trout |
| 2/22/24 | 0.7 | Utah licensing provisions for an insurance agent/producer relating to a duty owed to the agency, the Utah Wage Claims Act compared to a 1099 | 350 | 245 | Steven Schossberger |

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 2/22/24 | 1.8 | Legal Research on Utah wage claims, independent contractor status, etc; | 350 | 630 | Kim Trout |
| 2/23/24 | 0.7 | Review corr. from Seann re: clients solicited by Yates in violation of the agreement; | 350 | 245 | Kim Trout |
| 2/26/24 | 0.9 | Review and edit final of Answer and Counterclaim for filing; | 350 | 315 | Kim Trout |
| 2/26/24 | 0.7 | Review corr. from Seann with another cancellation request from solicitation by Yates; | 350 | 245 | Kim Trout |
| 2/27/24 | 0.4 | A103 Draft/revise L210 Pleadings revise next version of the draft Answer and Counterclaim. | 350 | 140 | Steven Schossberger |
| 3/1/24 | | Legal Research | 600 | 600 | Teressa Zywicki |
| 3/7/24 | 0.4 | Review preservation of documents issues and corr. to Seann; | 350 | 140 | Kim Trout |
| 3/18/24 | 0.5 | Review calendar status : Last day for Plaintiff to respond to CounterClaim; | 350 | 175 | Kim Trout |
| 3/20/24 | 0.1 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration email exchange with plaintiff's counsel about the filing of plaintiff's reply to the counterclaim and mention of wanting to amend the complaint. | 350 | 35 | Steven Schossberger |
| 3/20/24 | 0.9 | Review filed Answer to Counterclaim; review corr. to Seann from Team; | 350 | 315 | Kim Trout |
| 3/21/24 | 0.5 | A104 Review/analyze L210 Pleadings Review Yates' Reply to Defendant's Counterclaim and cross reference Yates' admissions and denials to the Counterclaim's paragraph allegations,. | 350 | 175 | Steven Schossberger |
| 3/21/24 | 0.9 | Review corr. from Patrick Davis re: answer to counterclaim and intent to amend Complaint based upon additional evidence; with request for Stipulation; | 350 | 315 | Kim Trout |
| 4/2/24 | 0.7 | A103 Draft/revise L190 Other Case Assessment, Development and Administration work on draft Litigation Plan with K. Kluckhohn to provide to Plaintiff's counsel for consideration prior to our Rule 26(f) conference. | 350 | 245 | Steven Schossberger |

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 4/2/24 | 1.4 | Review and edit 'draft' Litigation Plan for purposes of court filing and rule compliance; | 350 | 490 | Kim Trout |
| 4/17/24 | 1.1 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration meet with Plaintiffs' counsel and conduct the mandatory federal rule 26(f) conference addressing the litigation plan and discovery plan. | 350 | 385 | Steven Schossberger |
| 4/18/24 | 3 | A103 Draft/revise L310 Written Discovery Draft Insure Right's first set of interrogatories and requests for production of documents to Riley Yates. | 350 | 1050 | Steven Schossberger |
| 4/18/24 | 0.2 | A107 Communicate (other outside counsel) L110 Fact Investigation/Development Email exchange with attorney Bradley Weber requesting the information he received from Insure Right to prepare his letter dated November 21, 2023 to Yate's counsel. | 350 | 70 | Steven Schossberger |
| 4/18/24 | 0.4 | A104 Review/analyze L110 Fact Investigation/Development Review the background information provided by Seann McWhorter to Bradley Weber on November 15, 2023. | 350 | 140 | Steven Schossberger |
| 4/18/24 | 0.9 | Review multiple corr. re: scheduling and conference with the Plaintiff's counsel and the Court; | 350 | 315 | Kim Trout |
| 4/22/24 | 1.7 | A103 Draft/revise L310 Written Discovery Draft Insure Right's first set of requests for admission to Riley Yates. | 350 | 595 | Steven Schossberger |
| 4/25/24 | 1 | A106 Communicate (with client) L390 Other Discovery Meeting with client regarding Discovery | 175 | 175 | Kevin Kluckhohn |
| 5/20/24 | 0.4 | A103 Draft/revise L390 Other Discovery work on revising the draft Discovery Plan per the communication from Judge Nye's clerk. | 350 | 140 | Steven Schossberger |
| 5/24/24 | 0.2 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration email exchange with Plaintiff's Counsel regarding finalizing the joint discovery plan. | 350 | 70 | Steven Schossberger |
| 5/24/24 | 0.2 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration call with Seann McWhorter regarding finalizing the joint discovery plan. | 350 | 70 | Steven Schossberger |

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 5/28/24 | 0.5 | A106 Communicate (with client) L320 Document Production Discussion with Client regarding email production and preservation | 175 | 87.5 | Kevin Kluckhohn |
| 5/30/24 | 0.9 | Review Scheduling Order and key dates; | 350 | 315 | Kim Trout |
| 6/28/24 | 0.5 | Review scheduling order status; prepare corr. to Mr. Davis re: extension by Stipulation; | 350 | 175 | Kim Trout |
| 7/9/24 | 0.9 | A103 Draft/revise L310 Written Discovery Draft initial disclosures and send to client | 175 | 157.5 | Kevin Kluckhohn |
| 7/9/24 | 0.2 | Begin research on application of law | 175 | 35 | Kevin Kluckhohn |
| 7/9/24 | 2.1 | Review draft of initial disclosures and corr. to Seann; review legal issue and legal research regarding Utah law and payment of independent contractor compensation; | 350 | 735 | Kim Trout |
| 7/15/24 | 0.2 | Finalize and serve Initial Disclosures | 175 | 35 | Kevin Kluckhohn |
| 8/12/24 | 0.4 | Review discovery status; | 350 | 140 | Kim Trout |
| 8/12/24 | 1.2 | A104 Review/analyze L210 Pleadings Review pleadings of case from state court through to federal; review discovery rules/discovery research | 275 | 330 | Alyssa Jones |
| 8/14/24 | 0.5 | A103 Draft/revise L140 Document/File Management Begin review of discovery - match it to complaint | 275 | 137.5 | Alyssa Jones |
| 8/15/24 | 1.2 | A103 Draft/revise L140 Document/File Management Finalize discovery - match to their claim and our counterclaim | 275 | 330 | Alyssa Jones |
| 9/3/24 | 0.6 | Review and finalize discovery and serve; | 185 | 111 | Kevin Kluckhohn |
| 9/3/24 | 0.5 | Review Initial Discovery Requests; | 350 | 175 | Kim Trout |
| 10/10/24 | 0.1 | A103 Draft/revise L140 Document/File Management NOA | 275 | 27.5 | Alyssa Jones |
| 10/11/24 | 0.2 | A101 Plan and prepare for L130 Experts/Consultants Discovery back; review scheduling order; need to get mediation scheduled | 275 | 55 | Alyssa Jones |
| 10/31/24 | | legal Research | 320 | 320 | Teressa Zywicki |

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 11/1/24 | 0.2 | Request mediation dates; Correspondence to opposing counsel re Mediation Dates | 185 | 37 | Kevin Kluckhohn |
| 11/5/24 | 0.3 | A105 Communicate (in firm) L120 Analysis/Strategy Discussion with Kevin re: mediation; ensure NOA is filed | 275 | 82.5 | Alyssa Jones |
| 11/20/24 | 0.4 | A103 Draft/revise L110 Fact Investigation/Development Review mediation statement; emails | 275 | 110 | Alyssa Jones |
| 11/20/24 | 3.3 | Draft mediation statement for atty review | 185 | 610.5 | Kevin Kluckhohn |
| 11/25/24 | 5.4 | A101 Plan and prepare for L120 Analysis/Strategy Mediation prep; meet with client and Kevin to prepare; attend mediation (no agreement reached - attorney is looking to get paid and opposing wants a payout; they weren't ready to mediate; time for motion practice) | 275 | 1485 | Alyssa Jones |
| 11/25/24 | 5.1 | Attend Mediation; | 185 | 943.5 | Kevin Kluckhohn |
| 11/27/24 | 0.3 | A105 Communicate (in firm) L120 Analysis/Strategy discussion on discovery | 275 | 82.5 | Alyssa Jones |
| 12/12/24 | 1 | A104 Review/analyze L140 Document/File Management Start digging into SJ; create claims chart | 275 | 275 | Alyssa Jones |
| 12/18/24 | 4.7 | A103 Draft/revise L140 Document/File Management Research; outline; start draft of memo for SJ motion; phone call with Teressa on research | 275 | 1292.5 | Alyssa Jones |
| 12/19/24 | 2.9 | A103 Draft/revise L140 Document/File Management Continue research/drafting of SJ memo | 275 | 797.5 | Alyssa Jones |
| 12/20/24 | 1.3 | A103 Draft/revise L140 Document/File Management research; SJ | 275 | 357.5 | Alyssa Jones |

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 12/21/24 | 2.2 | Review Legal Research and follow up cases on Interference with Prospective Economic Advantage; | 350 | 770 | Kim Trout |
| 12/23/24 | 1.6 | Review Legal Research re: defamation et. al; | 350 | 560 | Kim Trout |
| 12/24/24 | 2 | A103 Draft/revise L140 Document/File Management summary judgment memo - continue research and legal analysis | 275 | 550 | Alyssa Jones |
| 12/26/24 | 1.6 | A103 Draft/revise L140 Document/File Management SN memo and research | 275 | 440 | Alyssa Jones |
| 12/30/24 | 2.3 | A103 Draft/revise L140 Document/File Management Finish research and legal analysis of SJ memo | 275 | 632.5 | Alyssa Jones |
| 1/7/25 | 0.8 | Draft Declaration of Counsel; Draft Declaration of Seann McWhorter; Edit Memorandum in Support of Motion for Summary Judgment | 185 | 148 | Kevin Kluckhohn |
| 1/7/25 | 1 | A103 Draft/revise L140 Document/File Management SJ memo, motion, decs | 275 | 275 | Alyssa Jones |

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 1/7/25 | 1.4 | Continue revising Memorandum;<br>Case law research regarding independent contracotr | 185 | 259 | Kevin Kluckhohn |
| 1/7/25 | 0.9 | Review of Draft Motion/Memorandum and Declaration for MSJ: | 350 | 315 | Kim Trout |
| 1/10/25 | 0.3 | A104 Review/analyze L140 Document/File Management Review SJ; good to file | 275 | 82.5 | Alyssa Jones |
| 1/13/25 | 0.9 | Review final edits for filing of MSJ and supporting document(s); | 350 | 315 | Kim Trout |
| 1/29/25 | 0.2 | A106 Communicate (with client) L120 Analysis/Strategy Phone call with client on next steps | 275 | 55 | Alyssa Jones |

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 2/9/25 | 0.9 | Review Clerk's email;<br>t/c with Aly and legal research;<br>Assist in drafting response to Clerk;<br>Additional research regarding Extension of Time | 185 | 166.5 | Kevin Kluckhohn |
| 2/13/25 | 1.4 | A103 Draft/revise L120 Analysis/Strategy Review of case as it sits; need to revise initial disclosures; need to reach out to client to determine which route he wants to take; research; review clerk's email; call with Kevin; assist on drafting response to clerk - analysis and strategy moving forward with timing issue | 275 | 385 | Alyssa Jones |
| 2/13/25 | 0.5 | Review Court inquiry on response to MSJ by Davis, etc.; review of multiple corr. re: same; | 350 | 175 | Kim Trout |
| 2/19/25 | | legal Research | 670 | 670 | Teressa Zywicki |
| 3/6/25 | 0.9 | Review Yates response to MSJ; | 350 | 315 | Kim Trout |
| 3/10/25 | 2.7 | A104 Review/analyze L140 Document/File Management Review response to SJ; meet with Kevin to discuss and outline issues for response | 275 | 742.5 | Alyssa Jones |
| 3/11/25 | 3.2 | A103 Draft/revise L140 Document/File Management reply for MSJ | 275 | 880 | Alyssa Jones |
| 3/11/25 | 0.9 | Review draft reply and Alyssa Corr. to Seann; | 350 | 315 | Kim Trout |

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 3/12/25 | 0.7 | A103 Draft/revise L140 Document/File Management Revisions to reply - SJ | 275 | 192.5 | Alyssa Jones |
| 3/17/25 | 0.8 | Review Reply to response to MSJ; | 350 | 280 | Kim Trout |
| 7/14/25 | 2.7 | A101 Plan and prepare for L450 Trial and Hearing Attendance SJ prep | 275 | 742.5 | Alyssa Jones |
| 7/15/25 | 0.5 | A101 Plan and prepare for L450 Trial and Hearing Attendance continue SJ prep | 275 | 137.5 | Alyssa Jones |
| 7/16/25 | 1.8 | A101 Plan and prepare for L450 Trial and Hearing Attendance Finish argument outline for SJ and prep | 275 | 495 | Alyssa Jones |
| 7/17/25 | 4 | A111 Other L450 Trial and Hearing Attendance Drive to Pocatello for SJ hearing | 275 | 1100 | Alyssa Jones |
| 7/18/25 | 4 | A109 Appear for/attend L450 Trial and Hearing Attendance Travel home from hearing that didn't happen all the way from Pocatello. And traffic was awful... | 275 | 1100 | Alyssa Jones |
| 7/21/25 | 0.4 | A106 Communicate (with client) L110 Fact Investigation/Development Phone call with client to update him on what occurred last week, new date of the hearing, and next steps | 275 | 110 | Alyssa Jones |
| 7/31/25 | 2 | A109 Appear for/attend L450 Trial and Hearing Attendance Prepare for and attend SJ hearing | 275 | 550 | Alyssa Jones |

Yates v. Insure Right
Exhibit 1