UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

RILEY YATES, an individual,

          Plaintiff,

v.

INSURE RIGHT INSURANCE
AGENCY, LLC, a Utah limited liability
company,

          Defendant.

Case No. 4:24-cv-00095-DCN

**SECOND AMENDED JUDGMENT**

In accordance with this Court's Judgment (Dkt. 24), Amended Judgment (Dkt. 29) and concurrent Memorandum Decision and Order (Dkt. 31), NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that:

1. Judgment is entered in favor of Defendant INSURE RIGHT.

2. Attorneys' fees are awarded to INSURE RIGHT in the amount of $37,325.50.

3. Costs are awarded to INSURE RIGHT in the amount of $550.94.

4. This case remains closed.

DATED: August 3, 2026

David C. Nye
U.S. District Court Judge

SECOND AMENDED JUDGMENT - 1