IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RILEY YATES, an individual,<br><br>               Plaintiff,<br>v.<br><br>INSURE RIGHT INSURANCE AGENCY, LLC, a Utah limited liability company,<br><br>               Defendant. | Case No. 4:24-cv-00095-DCN<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Before the Court is Plaintiff's counsel's Motion for Leave to Withdraw as Counsel. Dkt. 33. Good cause appearing, IT IS HEREBY ORDERED,

1. Pursuant to District of Idaho Local Civil Rule 83.6(c), the Motion to Withdraw is GRANTED and counsel Patrick J. Davis and the law firm Beard St. Clair Gaffney PA are permitted to withdraw from representing Plaintiff in this case.

2. Withdrawing counsel shall continue to represent Plaintiff pursuant to District of Idaho Local Civil Rule 83.6(c)(1) until <u>proof of service of this withdrawal order</u> on the client has been filed with the Court.

3. Plaintiff will be allowed twenty-one (21) days after the filing of proof of service to advise the Court in writing in what manner he will be represented.

4. The withdrawing Attorney will and with due diligence serve all other

**ORDER GRANTING LEAVE TO WITHDRAW-1**

parties and either personally serve copies of the Order upon the named parties or mail the Order by first class mail, return receipt requested.

5. Upon proof of service, no further proceedings can be had in this action for a period of twenty-one (21) days.

DATED: August 10, 2026

David C. Nye
U.S. District Court Judge

**ORDER GRANTING LEAVE TO WITHDRAW-2**