# TROUT & JONES, PLLC

3778 N. PLANTATION RIVER DR., STE. 101
BOISE, ID 83703
(208) 577-5755

ALYSSA R. JONES
ajones@trout-law.com


August 18, 2026

**SENT VIA: USPS**

U.S. COURTS
AUG 1 9 [illegible]
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

U.S Courts
Clerk of the Court
550 W. Fort St #400
Boise, ID 83724

Re: 4:24-CV-00095-DCN Riley Yates vs. Insure Right Insurance Agency, LLC
Document Request: Certified Copy of August 3, 2026 Amended Judgment

To Whom It May Concern:

My firm, Trout & Jones, PLLC, represents the Defendant, Insure Right Insurance Agency, LLC, in this matter. We request one certified copy of the Amended Judgment issued August 3, 2026, by Judge Nye. The required payment and self-addressed envelope are enclosed.

Please direct any questions to my office: Trout & Jones, PLLC at 208-577-5755.

Sincerely,

Alyssa R. Jones