Patrick J. Davis, Esq. (ISB No. 9270)
**BEARD ST. CLAIR GAFFNEY**
1832 Wayfarer St. Ste. A
Pocatello, Idaho 83202
Telephone: (208) 232-5911
Facsimile: (208) 232-5962
Email: pdavis@beardstclair.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| RILEY YATES, an individual,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>INSURE RIGHT INSURANCE AGENCY, LLC, a Utah limited liability company,<br><br>Defendant/Counterclaimant. | Case No.: 4:24-CV-00095<br><br>**PROOF OF SERVICE** |

Patrick J. Davis and the law firm Beard St. Clair Gaffney PA hereby give notice of compliance with District of Idaho Local Civil Rule 83.6(c)(1) and this Court's directive as set forth in ECF No. 32 on August 10, 2026, that he has submitted the withdrawal order via certified mail, return receipt requested, to Plaintiff RILEY YATES.

DATED: September 9, 2026

*/s/ Patrick J. Davis*
Patrick J. Davis
Of Beard St. Clair Gaffney
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September, 2026, I caused a true and correct copy of the above and forgoing document to be filed with the court clerk, and served on the person(s) listed below, as follows:

| | |
|---|---|
| Kim J. Trout<br>TROUT LAW, PLLC<br>3778 N. Plantation River Dr., Ste. 101<br>Boise, ID 83703<br>service@trout-law.com | (X) ECF-filing |
| Riley Yates<br>1519 Zener St<br>Pocatello, Idaho 83201 | (X) U.S. Mail |