Beard
St. Clair
Gaffney
Attorneys
1832 Wayfarer St
Pocatello, ID

7017 1000 0000 7546 5656

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 83202
02 7H
0006068080
$ 010.98⁰
AUG 20 2026

Riley Yates
1519 Zener St.
Pocatello, Idaho 83201

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Riley Yates
1519 Zener St.
Pocatello, ID 83201

9590 9402 7969 2305 2938 50

2. Article Number *(Transfer from service label)*

7017 1000 0000 7546 5656

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING RPDC 837 [illegible] AUG 2026 PM 2 L

9590 9402 7969 2305 2938 50

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Beard St. Clair [illegible]
1832 Wayfarer St. Ste. A
Pocatello, ID 83202

Yates

---

7017 1000 0000 7546 5656

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | Postmark Here |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☑ Return Receipt (hardcopy) $ 4.65 | |
| ☐ Return Receipt (electronic) $ | |
| ☑ Certified Mail Restricted Delivery $ 5.55 | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ 10.98 | |
| Total Postage and Fees $ 10.98 | |

Sent To: Riley Yates

Street and Apt. No., or PO Box No.: 1519 Zener St.

City, State, ZIP+4®: Pocatello, ID 83201

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Riley Yates
1519 Zener St.
Pocatello, ID 83201

9590 9402 7969 2305 2938 50

2. Article Number (transfer from service label)

7017 1000 0000 7546 5656

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X Candace Yates ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™

**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

7017 1000 0000 7546 5656

| | |
|---|---|
| Certified Mail Fee $ | Postmark Here |
| Extra Services & Fees (check box, add fee as appropriate) ☑ Return Receipt (hardcopy) $ 4.65; ☐ Return Receipt (electronic) $; ☑ Certified Mail Restricted Delivery $ 5.55; ☐ Adult Signature Required $; ☐ Adult Signature Restricted Delivery $ | |
| Postage $ 10.98 | |
| Total Postage and Fees $ 10.98 | |

Sent To Riley Yates

Street and Apt. No., or PO Box No. 1519 Zener St.

City, State, ZIP+4® Pocatello, ID 83201

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions